```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION
                                          *
JEROLINE RUCKER PITTMAN,
                                          *
      Plaintiff,
                                          *
vs.                                           CASE NO.3:12-CV-51-CDL
                                          *
CAROLYN W. COLVIN, Acting
Commissioner of Social                    *
Security,
                                          *
      Defendant.
```

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on July 29, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 27th day of August, 2013.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE